| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Hessam Rejvani | CASE NO.: 8:23-bk-10189<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/14/2023    Hessam Rejvani    [signature]
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC



**Paystub**
Pay Period: Dec 11, 2022 - Dec 24, 2022 · **Pay Date: Dec 30, 2022**

| $1,923.08 | $265.46 (14%) | $159.78 (8%) | $1,497.84 (78%) |
|---|---|---|---|
| TOTAL GROSS PAY | TAXES | DEDUCTIONS | TAKE-HOME PAY |

## What You Were Paid, and What For

**You Paid Taxes On:**

| Pay Type | Hours Worked | Paycheck Total | 2022 Total |
|---|---|---|---|
| Commission | - | $0.00 | $13,749.99 |
| Regular | 80.00 | $1,923.08 | $13,077.04 |
| **Total Taxable Earnings** | | **$1,923.08** | **$26,827.03** |

## Taxes

| Tax Type | Paycheck Total | 2022 Total |
|---|---|---|
| CA-SDI | $19.78 | $289.52 |
| Federal | $80.48 | $1,922.04 |
| Medicare | $26.08 | $381.65 |
| Social Security | $111.51 | $1,631.87 |
| State (CA) | $27.61 | $796.81 |
| **Total Taxes Paid** | **$265.46** | **$5,021.89** |

**Your Tax Withholding (W4) Info for this Check**

**Federal:** Filing Status: Married Filing Jointly
Two Jobs:
Other Income: $.00
Dependents Amount: $.00
Extra Withholding: -%

**State:** State ID: CA
Filing Status: Married
Exemptions:
Additional Withholding: $0.00
Additional Allowances:

## Deducted from Your Check

| Deduction Type | Paycheck Total | 2022 Total |
|---|---|---|
| 2021 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2021 Principal Voluntary Accident Plan | $0.00 | $15.12 |
| 2021 Principal Voluntary Life/AD&D | $0.00 | $55.40 |
| 2022 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2022 Principal Voluntary Accident Plan | $7.56 | $15.12 |

| Deduction Type | Paycheck Total | 2022 Total |
|---|---|---|
| 2022 Principal Voluntary Life/AD&D | $27.70 | $55.40 |
| Dental | $4.43 | $17.72 |
| Medical | $116.92 | $476.18 |
| Vision | $3.17 | $12.68 |
| **Total Deductions** | **$159.78** | **$647.62** |

### Paid by Your Employer on Your Behalf

| Deduction Type | Paycheck Total | 2022 Total |
|---|---|---|
| 2021 Principal Basic Life and AD&D | $0.00 | $4.06 |
| 2021 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2021 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| 2022 Principal Basic Life and AD&D | $2.03 | $4.06 |
| 2022 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2022 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| Dental | $17.71 | $70.84 |
| Medical | $414.55 | $1,688.26 |
| Vision | $0.00 | $0.00 |
| **Total Paid by Your Employer** | **$434.29** | **$1,767.22** |

### Time Off Balances (Hours)

*Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Paid Time Off | 4.00 | 28.71 | 4.00 | 24.71 |
| Other (HR Approval)* | 0.00 | * | 0.00 | * |
| Leave (HR Approval)* | 0.00 | * | 0.00 | * |
| Bereavement (HR Approval)* | 0.00 | * | 16.00 | * |
| Traveling* | 0.00 | * | 0.00 | * |

### Direct Deposit



$1,497.84 (100%)
DEPOSITED TO CHECKING

### More Information

| You: | Hessam Rejvani | Employer: | Pacific Rim Capital, Inc. |

22786 Arbella RD
Laguna Niguel, CA 92677-2728
Employee ID: 200099
Exempt
SSN: X-2843

Pacific Rim Capital, Inc.
9493890943
Federal EIN: 330426801
State EIN: 375-4093-7

**Physical Address**
525 Technology Dr
Suite 400
Irvine, CA 92618

 **Up, up, and away**
Helium costs about $75.00 per 1,000 cubic feet. 1,000 cubic feet of helium is enough to lift 68 pounds into the air. Your paycheck could pay for enough helium to lift 1,358 pounds into the air. (Don't try this at home).

**Paystub** 
Pay Period: Nov 01, 2022 - Nov 30, 2022 ·

| $4,583.33 | $1,053.83 (23%) | $0.00 (0%) | $3,529.50 (77%) |
|---|---|---|---|

## 💲 What You Were Paid, and What For

**You Paid Taxes On:**

|  |  |  |
|---|---:|---:|
| Commission | $4,583.33 | $13,749.99 |
| Regular | $0.00 | $11,153.96 |

## 🏛 Taxes

|  |  |  |
|---|---:|---:|
| CA-SDI | $50.42 | $269.74 |
| Federal | $452.02 | $1,841.56 |
| Medicare | $66.46 | $355.57 |
| Social Security | $284.17 | $1,520.36 |
| State (CA) | $200.76 | $769.20 |

**Your Tax Withholding (W4) Info for this Check**

Filing Status: Married Filing Jointly  
Two Jobs:  
Other Income: $.00  
Dependents Amount: $.00  
Extra Withholding: -%

State ID: CA  
Filing Status: Married  
Exemptions:  
Additional Withholding: $0.00  
Additional Allowances:

## ✂ Deducted from Your Check

|  |  |  |
|---|---:|---:|
| 2021 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2021 Principal Voluntary Accident Plan | $0.00 | $15.12 |
| 2021 Principal Voluntary Life/AD&D | $0.00 | $55.40 |
| 2022 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2022 Principal Voluntary Accident Plan | $0.00 | $7.56 |

| | | |
|---|---:|---:|
| 2022 Principal Voluntary Life/AD&D | $0.00 | $27.70 |
| Dental | $0.00 | $13.29 |
| Medical | $0.00 | $359.26 |
| Vision | $0.00 | $9.51 |

## Paid by Your Employer on Your Behalf

| | | |
|---|---:|---:|
| 2021 Principal Basic Life and AD&D | $0.00 | $4.06 |
| 2021 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2021 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| 2022 Principal Basic Life and AD&D | $0.00 | $2.03 |
| 2022 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2022 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| Dental | $0.00 | $53.13 |
| Medical | $0.00 | $1,273.71 |
| Vision | $0.00 | $0.00 |

## Time Off Balances

**Accruing in Hours**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Paid Time Off | 24.09 | - | - | 24.09 | - | 24.09 |
| Bereavement (HR Approval) | -16.00 | - | - | -16.00 | -16.00 | - |

## Direct Deposit

$3,529.50 (100%)    

## More Information

Hessam Rejvani                    Pacific Rim Capital, Inc.

22786 Arbella RD  
Laguna Niguel, CA 92677-2728  
Employee ID: 200099  
Exempt  
SSN: X-2843  

Pacific Rim Capital, Inc.  
9493890943  
Federal EIN: 330426801  
State EIN: 375-4093-7  

525 Technology Dr  
Suite 400  
Irvine, CA 92618  



**Paper money**  
If you cashed out this paycheck in dollar bills, your stack would be about 15 inches tall. Don't forget to put some of that dough aside for a new wallet.

**Paystub** 
Pay Period: Nov 27, 2022 - Dec 10, 2022 · **Pay Date: Dec 16, 2022**

| $1,923.08 | $265.46 (14%) | $159.78 (8%) | $1,497.84 (78%) |
|---|---|---|---|
| TOTAL GROSS PAY | TAXES | DEDUCTIONS | TAKE-HOME PAY |

## 💵 What You Were Paid, and What For

**You Paid Taxes On:**

| Pay Type | Hours Worked | Paycheck Total | 2022 Total |
|---|---|---|---|
| Commission | - | $0.00 | $9,166.66 |
| Regular | 80.00 | $1,923.08 | $11,153.96 |
| **Total Taxable Earnings** | | **$1,923.08** | **$20,320.62** |

## 🏛 Taxes

| Tax Type | Paycheck Total | 2022 Total |
|---|---|---|
| CA-SDI | $19.78 | $219.32 |
| Federal | $80.48 | $1,389.54 |
| Medicare | $26.08 | $289.11 |
| Social Security | $111.51 | $1,236.19 |
| State (CA) | $27.61 | $568.44 |
| **Total Taxes Paid** | **$265.46** | **$3,702.60** |

**Your Tax Withholding (W4) Info for this Check**

**Federal:** Filing Status: Married Filing Jointly
Two Jobs:
Other Income: $.00
Dependents Amount: $.00
Extra Withholding: -%

**State:** State ID: CA
Filing Status: Married
Exemptions:
Additional Withholding: $0.00
Additional Allowances:

## ✂ Deducted from Your Check

| Deduction Type | Paycheck Total | 2022 Total |
|---|---|---|
| 2021 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2021 Principal Voluntary Accident Plan | $0.00 | $15.12 |
| 2021 Principal Voluntary Life/AD&D | $0.00 | $55.40 |
| 2022 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2022 Principal Voluntary Accident Plan | $7.56 | $7.56 |

| Deduction Type | Paycheck Total | 2022 Total |
|---|---|---|
| 2022 Principal Voluntary Life/AD&D | $27.70 | $27.70 |
| Dental | $4.43 | $13.29 |
| Medical | $116.92 | $359.26 |
| Vision | $3.17 | $9.51 |
| **Total Deductions** | **$159.78** | **$487.84** |

## Paid by Your Employer on Your Behalf

| Deduction Type | Paycheck Total | 2022 Total |
|---|---|---|
| 2021 Principal Basic Life and AD&D | $0.00 | $4.06 |
| 2021 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2021 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| 2022 Principal Basic Life and AD&D | $2.03 | $2.03 |
| 2022 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2022 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| Dental | $17.71 | $53.13 |
| Medical | $414.55 | $1,273.71 |
| Vision | $0.00 | $0.00 |
| **Total Paid by Your Employer** | **$434.29** | **$1,332.93** |

## Time Off Balances

**Accruing in Hours**

| Time Off Type | Starting | Used | Earned | Ending | 2022 Used | 2022 Earned |
|---|---|---|---|---|---|---|
| Paid Time Off | 19.47 | - | 4.62 | 24.09 | - | 24.09 |
| Bereavement (HR Approval) | -16.00 | - | - | -16.00 | -16.00 | - |
| **Time Off Totals (Hours)** | | - | 4.62 | | -16.00 | 24.09 |

## Direct Deposit

$1,497.84 (100%)
DEPOSITED TO CHECKING    

## More Information

**You:** Hessam Rejvani     **Employer:** Pacific Rim Capital, Inc.

22786 Arbella RD
Laguna Niguel, CA 92677-2728
Employee ID: 200099
Exempt
SSN: X-2843

Pacific Rim Capital, Inc.
9493890943
Federal EIN: 330426801
State EIN: 375-4093-7

**Physical Address**
525 Technology Dr
Suite 400
Irvine, CA 92618



**Time for a swim**
Water in the US costs around $1.50 per 1,000 gallons (if you aren't buying the bottled type.) With this check, you have enough money to fill 1 olympic sized swimming pools.

**Paystub** 
Pay Period: Jan 08, 2023 - Jan 21, 2023 · **Pay Date: Jan 27, 2023**

| $1,923.08 | $253.72 (13%) | $159.78 (8%) | $1,509.58 (79%) |
|---|---|---|---|
| TOTAL GROSS PAY | TAXES | DEDUCTIONS | TAKE-HOME PAY |

## What You Were Paid, and What For

**You Paid Taxes On:**

| Pay Type | Hours Worked | Paycheck Total | 2023 Total |
|---|---|---|---|
| Commission | - | $0.00 | $4,583.33 |
| Regular | 80.00 | $1,923.08 | $3,846.16 |
| **Total Taxable Earnings** | | **$1,923.08** | **$8,429.49** |

## Taxes

| Tax Type | Paycheck Total | 2023 Total |
|---|---|---|
| CA-SDI | $16.19 | $73.63 |
| Federal | $73.32 | $559.63 |
| Medicare | $26.08 | $118.62 |
| Social Security | $111.51 | $507.19 |
| State (CA) | $26.62 | $237.18 |
| **Total Taxes Paid** | **$253.72** | **$1,496.25** |

**Your Tax Withholding (W4) Info for this Check**

**Federal:** Filing Status: Married Filing Jointly
Two Jobs:
Other Income: $.00
Dependents Amount: $.00
Extra Withholding: -%

**State:** State ID: CA
Filing Status: Married
Exemptions:
Additional Withholding: $0.00
Additional Allowances:

## Deducted from Your Check

| Deduction Type | Paycheck Total | 2023 Total |
|---|---|---|
| 2022 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2022 Principal Voluntary Accident Plan | $7.56 | $15.12 |
| 2022 Principal Voluntary Life/AD&D | $27.70 | $55.40 |
| Dental | $4.43 | $8.86 |
| Medical | $116.92 | $233.84 |

| Deduction Type | Paycheck Total | 2023 Total |
|---|---|---|
| Vision | $3.17 | $6.34 |
| **Total Deductions** | **$159.78** | **$319.56** |

### Paid by Your Employer on Your Behalf

| Deduction Type | Paycheck Total | 2023 Total |
|---|---|---|
| 2022 Principal Basic Life and AD&D | $2.03 | $4.06 |
| 2022 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2022 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| Dental | $17.71 | $35.42 |
| Medical | $414.55 | $829.10 |
| Vision | $0.00 | $0.00 |
| **Total Paid by Your Employer** | **$434.29** | **$868.58** |

### Time Off Balances (Hours)

*Flexible or Unlimited. Does not accrue hours.*

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Paid Time Off | 0.00 | 4.62 | 0.00 | 33.95 |
| Other (HR Approval)* | 0.00 | * | 0.00 | * |
| Leave (HR Approval)* | 0.00 | * | 0.00 | * |
| Bereavement (HR Approval)* | 0.00 | * | 0.00 | * |
| Traveling* | 0.00 | * | 0.00 | * |

### Direct Deposit

$1,509.58 (100%)
DEPOSITED TO CHECKING



### More Information

**You:** Hessam Rejvani
22786 Arbella RD
Laguna Niguel, CA 92677-2728
Employee ID: 200099
Exempt
SSN: X-2843

**Employer:** Pacific Rim Capital, Inc.
Pacific Rim Capital, Inc.
9493890943
Federal EIN: 330426801
State EIN: 375-4093-7

Physical Address
525 Technology Dr
Suite 400
Irvine, CA 92618

 **Paper money**
If you cashed out this paycheck in dollar bills, your stack would be about 6 inches tall. Don't forget to put some of that dough aside for a new wallet.

**Paystub** 

| $4,583.33 | $988.81 (22%) | $0.00 (0%) | $3,594.52 (78%) |

## 💵 What You Were Paid, and What For

**You Paid Taxes On:**

## 🏛 Taxes

**Your Tax Withholding (W4) Info for this Check**

## ✂ Deducted from Your Check

### Paid by Your Employer on Your Behalf

### Time Off Balances (Hours)

### Direct Deposit

$3,594.52 (100%)

### More Information

 **Snuggle up**

**Paystub** 
Pay Period: Dec 25, 2022 - Jan 07, 2023 · **Pay Date: Jan 13, 2023**

| $1,923.08 | $253.72 (13%) | $159.78 (8%) | $1,509.58 (79%) |
|---|---|---|---|
| TOTAL GROSS PAY | TAXES | DEDUCTIONS | TAKE-HOME PAY |

## What You Were Paid, and What For

**You Paid Taxes On:**

| Pay Type | Hours Worked | Paycheck Total | 2023 Total |
|---|---|---|---|
| Regular | 80.00 | $1,923.08 | $1,923.08 |
| **Total Taxable Earnings** | | **$1,923.08** | **$1,923.08** |

## Taxes

| Tax Type | Paycheck Total | 2023 Total |
|---|---|---|
| CA-SDI | $16.19 | $16.19 |
| Federal | $73.32 | $73.32 |
| Medicare | $26.08 | $26.08 |
| Social Security | $111.51 | $111.51 |
| State (CA) | $26.62 | $26.62 |
| **Total Taxes Paid** | **$253.72** | **$253.72** |

**Your Tax Withholding (W4) Info for this Check**

**Federal:** Filing Status: Married Filing Jointly
Two Jobs:
Other Income: $.00
Dependents Amount: $.00
Extra Withholding: -%

**State:** State ID: CA
Filing Status: Married
Exemptions:
Additional Withholding: $0.00
Additional Allowances:

## Deducted from Your Check

| Deduction Type | Paycheck Total | 2023 Total |
|---|---|---|
| 2022 Principal Basic Life and AD&D | $0.00 | $0.00 |
| 2022 Principal Voluntary Accident Plan | $7.56 | $7.56 |
| 2022 Principal Voluntary Life/AD&D | $27.70 | $27.70 |
| Dental | $4.43 | $4.43 |
| Medical | $116.92 | $116.92 |
| Vision | $3.17 | $3.17 |

| Deduction Type | Paycheck Total | 2023 Total |
|---|---|---|
| **Total Deductions** | $159.78 | $159.78 |

### Paid by Your Employer on Your Behalf

| Deduction Type | Paycheck Total | 2023 Total |
|---|---|---|
| 2022 Principal Basic Life and AD&D | $2.03 | $2.03 |
| 2022 Principal Voluntary Accident Plan | $0.00 | $0.00 |
| 2022 Principal Voluntary Life/AD&D | $0.00 | $0.00 |
| Dental | $17.71 | $17.71 |
| Medical | $414.55 | $414.55 |
| Vision | $0.00 | $0.00 |
| **Total Paid by Your Employer** | $434.29 | $434.29 |

### Time Off Balances (Hours)

*Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Paid Time Off | 0.00 | 33.33 | 4.00 | 29.33 |
| Other (HR Approval)* | 0.00 | * | 0.00 | * |
| Leave (HR Approval)* | 0.00 | * | 0.00 | * |
| Bereavement (HR Approval)* | 0.00 | * | 16.00 | * |
| Traveling* | 0.00 | * | 0.00 | * |

### Direct Deposit

**$1,509.58 (100%)**
DEPOSITED TO CHECKING   

### More Information

**You:** Hessam Rejvani
22786 Arbella RD
Laguna Niguel, CA 92677-2728
Employee ID: 200099
Exempt
SSN: X-2843

**Employer:** Pacific Rim Capital, Inc.
Pacific Rim Capital, Inc.
9493890943
Federal EIN: 330426801
State EIN: 375-4093-7

**Physical Address**
525 Technology Dr
Suite 400
Irvine, CA 92618



**Thanks, inflation.**
If you got this check 100 years ago, you would be able to buy 1,293,922 eggs with it (at $0.14 a dozen). That's a whole lotta' omelets.